Randall J. Paulson, Esq., SBN 206933
**LAW OFFICES OF RANDALL J. PAULSON**
1651 E. 4th St., Ste. 215
Santa Ana, CA 92701
Tel : (714) 541-1023
Fax : (714) 541-1166
Email : rpaulson@paulsonslaw.com

Attorney for Plaintiff: MICHAEL GOMES

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

MICHAEL GOMES,

    Plaintiff,

vs.

JO-ANN STORES, LLC,

    Defendants.

Case No.:5:17-cv-1004-KK

**[PROPOSED] ORDER**

THE COURT, having read and considered the attached Stipulation that the above captioned case has been settled to the satisfaction of all parties, and good cause appearing, hereby GRANTS the requested Dismissal of the entire case with prejudice.

Dated: 3/30/18

_____
Kenly Kiya Kato
United States Magistrate Judge

- 1 -

[PROPOSED] ORDER